# United States Court of Appeals for the Fifth Circuit

No. 23-40051
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
September 7, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee,*

*versus*

Gordon Eugene Grever,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:22-CR-967-1

Before Stewart, Elrod, and Southwick, *Circuit Judges.*

Per Curiam:[*]

The Federal Public Defender appointed to represent Gordon Eugene Grever has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Grever has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-40051

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.   Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.